☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re: **Stacey Edward Carr, Jr.**                                   Case No.

Debtors:                                                                          Chapter 13

# CHAPTER 13 PLAN

ADDRESS:    (1) **208 Westview Drive**                      (2)
**Union City, TN 38261**

**PLAN PAYMENT:**
Debtor(1) shall pay $  **175.00 Monthly via Direct Pay**

**1. THIS PLAN [Rule 3015.1 Notice]:**
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION        ☐ YES   ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                              Monthly Plan Payment:
Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
**None**    ongoing payment begins _____      $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
**IRS**                                    Amount  **3,500.00**                      $  **60.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:
**None**    ongoing payment begins _____      $ _____
Approximate arrearage: _____ Interest _____ $ _____

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**General Credit Company**              **350.00**              **5.00**            $ **10.00**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]       Value of Collateral:    Rate of Interest    Monthly Plan Payment:
**Title Cash**                          **1,350.00**            **5.00**            $ **26.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
**-NONE-**                               Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**
                                  Amount:              Rate of Interest         Monthly Plan Payment:
**-NONE-**                                                                      $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
**None**                                 ☐ Not provided for   OR   ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$22,041.01*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*None*    ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*    Date *February 8, 2019*    .
C. Jerome Teel, Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**    /al